IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiffs,

v.

U.S. BUREAU OF LAND MANAGEMENT, et al.,

    Defendants.

No. C 08-05646 JSW

**ORDER CONTINUING HEARING**

The Court HEREBY CONTINUES the hearing on Defendants' motion to dismiss for improper venue or to transfer from April 3, 2009 to April 10, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 30, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE