1 | JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
2 | LISA LYNNE RUSSELL, Assistant Section Chief
MICHAEL R. EITEL, Trial Attorney (Neb. Bar No. 22889)
3 | U.S. Department of Justice
Environment & Natural Resources Division
4 | Wildlife & Marine Resources Section
1961 Stout Street, 8th Floor
5 | Denver, Colorado 80294
Telephone:      303-844-1479
6 | Facsimile:      303-844-1350
Email:          Michael.Eitel@usdoj.gov
7 |
CHARLES R. SHOCKEY, Trial Attorney (D.C. Bar No. 914879)
8 | U.S. Department of Justice
Environment & Natural Resources Division
9 | Natural Resources Section
501 "I" Street, Suite 9-700
10 | Sacramento, CA 95814-2322
Telephone:      916-930-2203
11 | Facsimile:      916-930-2210
Email:          charles.shockey@usdoj.gov
12 |
Attorneys for Defendants
13 |
LISA T. BELENKY (CA Bar No. 203225)
14 | JUSTIN AUGUSTINE (CA Bar No. 235561)
Center for Biological Diversity
15 | 351 California Street, Suite 600
San Francisco, CA 94104
16 | Telephone:      (415) 436-9682 x 307
Facsimile:      (415) 436-9683
17 | Email:          lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org
18 |
Attorneys for Plaintiffs Center for Biological Diversity,
19 | Sierra Club, and California Wilderness Coalition

20

21 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
22

23 | CENTER FOR BIOLOGICAL DIVERSITY, )   Case No. 3:08-cv-05646 JSW
*et al.*,                        )
24 |                                 )   **JOINT STIPULATION TO CONTINUE**
                                 )   **HEARING ON MOTION TO**
    Plaintiffs,                  )   **TRANSFER VENUE and ORDER**
25 |                                 )   [proposed]
    v.                           )   [CIV L.R. 7-11 and 7-12]
26 |                                 )
BUREAU OF LAND MANAGEMENT,       )   Hearing Date: April 10, 2009
27 | *et al.*,                        )   Time: 9:00 a.m.
                                 )   Courtroom: 11
28 |     Defendants.               )   Judge: Honorable Jeffrey S. White
                                 )

Pursuant to Civil Local Rules 7-11 and 7-12, the defendants, Bureau of Land Management (BLM), *et al.*, and the plaintiffs, Center for Biological Diversity, *et al.,* file this Joint Stipulation to Continue Hearing on Motion to Transfer Venue, along with a proposed Order.

WHEREAS, the hearing on that motion is set for Friday, April 10, 2009, at 9:00 a.m.,

WHEREAS, the defendants' counsel has requested a continuance of one week, until Friday, April 17, 2009, at 9:00 a.m., and

WHEREAS, the plaintiffs have no objection to the requested continuance,

THEREFORE, the defendants and the plaintiffs hereby stipulate and agree to request that the court continue the hearing on the motion to transfer venue until Friday, April 17, 2009, at 9:00 a.m..

Respectfully submitted this 2nd day of April, 2009.

*/s/ Charles R. Shockey*

CHARLES R. SHOCKEY, Attorney (DC Bar No. 914879)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: 916-930-2203 / Fax: 916-930-2210
Email: charles.shockey@usdoj.gov
Attorneys for Defendants

*/s/ Lisa T. Belenky*

LISA T. BELENKY (CA Bar No. 203225)
JUSTIN AUGUSTINE (CA Bar No. 235561)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone:      (415) 436-9682 x 307
Facsimile:      (415) 436-9683
Email:          lbelenky@biologicaldiversity.org
                jaugustine@biologicaldiversity.org
Attorneys for Plaintiffs

Pursuant to the parties' stipulation, the Court HEREBY CONTINUES the hearing on the pending motion to transfer to April 24, 2009 at 9:00 a.m.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

IT IS SO ORDERED.

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Dated: April __3__, 2009.

JOINT STIPULATION TO CONTINUE HEARING
ON MOTION TO TRANSFER VENUE and
ORDER [proposed]                    2                    Case No.  3:08-cv-05646-JSW